UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| REGAL PRINTING CO OF ROCKFORD INC | ) | CASE NO. 07-72324-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on September 27, 2007. DANIEL M. DONAHUE was appointed Trustee on the October 25, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.   The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of October 14, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 67,044.98 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 14,075.65 |
| c. | NET CASH available for distribution | | $ 52,969.33 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $ 6,602.25 |

|   |   | | |
|---|---|---|---|
| 2. | Trustee Expenses (See Exhibit E) | | $ 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | | |
| | (a.) | MCGREEVY WILLIAMS Attorney for Trustee Fees | $13,275.00 |
| | (b.) | MCGREEVY WILLIAMS Attorney for Trustee Expenses | $243.76 |

5.    The Bar Date for filing unsecured claims expired on June 25, 2008.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $20,121.01 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $55,847.40 |
| e. | Allowed unsecured claims | $52,039.65 |
| f. | Surplus return to debtor | $0.00 |
| g. | Interest | $0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $6,602.25 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No:        07-72324 -MLB
Case Name:      REGAL PRINTING CO OF ROCKFORD INC

Taxpayer ID No: ********5000
For Period Ending: 10/14/08

Trustee Name:   DANIEL M. DONAHUE
Bank Name:      BANK OF AMERICA, N.A.
Account Number / CD #: ********0072  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/25/08 | 1 | METROPOLITAN TITLE AGENCY, LLC (SALE TO DALE MATHISON AND SCOTT MCCULLOUGH) | SALE PROCEEDS: REAL PROP | | 53,717.10 | | 53,717.10 |
| | | | Memo Amount:        67,000.00  GROSS SALES | 1110-000 | | | |
| | | | Memo Amount:    (       35.75 )  Recording Charge | 2500-000 | | | |
| | | | Memo Amount:    (      100.50 )  Revenue Stamps | 2500-000 | | | |
| | | METROPOLITAN TITLE | Memo Amount:    (      400.00 )  TITLE COMPANY CHARGES | 2500-000 | | | |
| | | METROPOLITAN TITLE | Memo Amount:    (        3.00 )  Policy Registration Fee | 2500-000 | | | |
| | | | Memo Amount:    (    2,897.90 )  2006 Real Estate Taxes - Redemption | 2820-000 | | | |
| | | | Memo Amount:    (    2,133.94 )  2007 Real Estate Taxes Estimated | 2820-000 | | | |
| | | | Memo Amount:    (      491.11 )  2008 Real Estate Taxes Proration | 2820-000 | | | |
| | | DICKERSON & NIEMAN | Memo Amount:    (    4,690.00 )  REAL ESTATE COMMISSION | 3510-000 | | | |
| | | SERVICE PLUMBING | Memo Amount:    (       35.00 )  Clear Water Certification | 2500-000 | | | |
| | | TRANS ENVIRONMENTAL LTD. | Memo Amount:    (    1,875.00 )  Phase I | 2500-000 | | | |
| | | ROCK RIVER RECLAMATION | Memo Amount:    (       40.69 )  Sanitary bill | 2500-000 | | | |
| | | CITY OF ROCKFORD | Memo Amount:    (      580.01 )  Water Bill | 2500-000 | | | |
| 03/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.34 | | 53,717.44 |
| | | | Page Subtotals | | 53,717.44 | 0.00 | |

EX. C

LFORM24                                    Ver: 14.10a

Page: 2

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-72324 -MLB
Case Name: REGAL PRINTING CO OF ROCKFORD INC

Taxpayer ID No: *******5000
For Period Ending: 10/14/08

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0072 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 11.01 | | 53,728.45 |
| 05/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.83 | | 53,735.28 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 42.75 | 53,692.53 |
| 06/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.60 | | 53,699.13 |
| 07/31/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.82 | | 53,705.95 |
| 08/29/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.82 | | 53,712.77 |
| 09/11/08 | 001001 | FREDERICK M. MARCUS & CO., P.C. 6785 WEAVER RD., STE. 2A ROCKFORD, IL. 61114 | INVOICE #08018 - Regal Printing Co. | 3410-000 | | 750.00 | 52,962.77 |
| 09/30/08 | 7 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.56 | | 52,969.33 |

|  |  |  | COLUMN TOTALS | | 53,762.08 | 792.75 | 52,969.33 |
|  |  |  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  |  | Subtotal | | 53,762.08 | 792.75 | |
|  |  |  | Less:   Payments to Debtors | | | 0.00 | |
|  |  |  | Net | | 53,762.08 | 792.75 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0072) | 53,762.08 | 792.75 | 52,969.33 |
| | 53,762.08 | 792.75 | 52,969.33 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Memo Allocation Receipts: 67,000.00
Memo Allocation Disbursements: 13,282.90
Memo Allocation Net: 53,717.10

Total Allocation Receipts: 67,000.00
Total Allocation Disbursements: 13,282.90
Total Memo Allocation Net: 53,717.10

| Page Subtotals | 44.64 | 792.75 |

LFORM24

Ver: 14.10a

Page: 3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        07-72324 -MLB
Case Name:      REGAL PRINTING CO OF ROCKFORD INC

Taxpayer ID No:  *******5000
For Period Ending:  10/14/08

Trustee Name:        DANIEL M. DONAHUE
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:   *******0072  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 14.10a

LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                              CHAPTER 7

REGAL PRINTING CO OF ROCKFORD INC                   CASE NO. 07-72324-MLB

                         Debtor(s).                 HON. MANUEL BARBOSA


### PROPOSED DISTRIBUTION REPORT

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $20,121.01 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $32,848.32 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $52,969.33 |


**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $20,121.01 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $6,602.25 | $6,602.25 |
| | McGreevy Williams Attorney for Trustee Fees | $13,275.00 | $13,275.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $243.76 | $243.76 |
| | **CLASS TOTALS** | **$20,421.01** | **$20,421.01** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 55,847.40 | 58.80 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000003 | Illinois Department Of Revenue | $3,720.00 | $2,188.03 |
| | Claims of Governmental Units-- 507 | | |
| 000010B | Internal Revenue Service | $52,127.40 | $30,660.29 |
| | Claims of Governmental Units-- 507 | | |
| | **CLASS TOTALS** | **$55,847.40** | **$32,848.32** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 52,039.65 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Veolia Environmental Services fka | $173.00 | $0.00 |
| | General Unsecured 726 | | |
| 000002 | Commonwealth Edison Co | $1,061.66 | $0.00 |
| | General Unsecured 726 | | |
| 000004A | U.S. Bank, N.A. C/O William A. Reilly | $27,653.86 | $0.00 |
| | General Unsecured 726 | | |
| 000005 | One Communications | $1,418.77 | $0.00 |
| | General Unsecured 726 | | |
| 000009 | Capital Recovery One | $1,211.96 | $0.00 |
| | General Unsecured 726 | | |

| 000010A | Internal Revenue Service | $9,395.40 | $0.00 |
| | General Unsecured 726 | | |
| 000011 | US Bank Corp/Retail Payment Solution | $3,907.30 | $0.00 |
| | General Unsecured 726 | | |
| 000012 | Automatic Environmental System | $770.92 | $0.00 |
| | General Unsecured 726 | | |
| 000013 | Midland Papers Unlimited | $6,446.78 | $0.00 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$52,039.65** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| Secured | 00004 | U.S. Bank, N.A. | $4,193.00 | Barred |
| Priority | 00006 | Internal Revenue Service | $9,628.00 | Disallowed |
| Priority | 00007 | Illinois Department of Employment Security | $1,229.00 | Disallowed |
| Priority | 00008 | Illinois Department of Revenue | $3,015.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 11/3/08                          /s/ Daniel M. Donahue, Trustee

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $13,275.00 | $13,275.00 |
| | *Expenses* | $0.00 | $243.76 | $243.76 |
| **Trustee's Accountants** | | | | |
| Frederick M. Marcus & Co., P.C. | *Fees* | $750.00 | $0.00 | $750.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| Dickson & Nieman Realtors | *Fees* | $4,690.00 | $0.00 | $4,690.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $5,440.00 | $13,275.00 | $18,175.00 |
| | *Expenses* | $0.00 | $243.76 | $243.76 |
| | | $5,440.00 | $13,518.76 | $18,958.76 |

**Exhibit G**