Case Name: REGAL PRINTING CO. OF ROCKFORD, INC.
Case No:    07-72324

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 5, 2008        WILLIAM T. NEARY
                                       United States Trustee, Region 11


                            BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee