UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| REGAL PRINTING CO OF ROCKFORD INC | ) | CASE NO. 07-72324-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 211 South Court Street, Rockford, IL

    On: Monday, December 1, 2008        Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $67,044.98 |
    | Disbursements | $14,075.65 |
    | Net Cash Available for Distribution | $52,969.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $6,602.25 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $13,275.00 | $243.76 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $55,847.40 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 58.80%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Illinois Department Of Revenue | $3,720.00 | $2,188.03 |
| 10 | Internal Revenue Service | $52,127.40 | $30,660.29 |

7. Claims of general unsecured creditors totaling $52,039.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Veolia Environmental Services fka | $173.00 | $0.00 |
| 2 | Commonwealth Edison Co | $1,061.66 | $0.00 |
| 4 | U.S. Bank, N.A. C/O William A. Reilly | $27,653.86 | $0.00 |
| 5 | One Communications | $1,418.77 | $0.00 |
| 9 | Capital Recovery One | $1,211.96 | $0.00 |
| 10 | Internal Revenue Service | $9,395.40 | $0.00 |
| 11 | Us Bank Corp/Retail Payment Solution | $3,907.30 | $0.00 |
| 12 | Automatic Environmental System | $770.92 | $0.00 |
| 13 | Midland Papers Unlimited | $6,446.78 | $0.00 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: November 3, 2008                    /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2          Date Rcvd: Nov 06, 2008
Case: 07-72324                Form ID: pdf002            Total Served: 43

The following entities were served by first class mail on Nov 08, 2008.
db         +Regal Printing Co. of Rockford, Inc.,   2432 20th St,   Rockford, IL 61104-7452
aty        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty         Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
11637135    AT&T Yellow Pages,   R.H. Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
11637134   +Amcore Bank,   PO Box 358,   Beloit, WI 53512-0358
11637136   +Attorney William Reilly,   6801 Spring Creek Road,   Rockford, IL 61114-7420
11637137   +Automatiac Environmental System,   775 N. Madison,   Rockford, IL 61107-3990
11637138   +Capital One Bank,   Bankruptcy Department,   PO Box 85015,   Richmond, VA 23285-5015
11637139    Cardmembers Service,   PO Box 6353,   Fargo, ND 58125-6353
11637140   +City of Rockford,   425 E. State St.,   Rockford, IL 61104-1068
11637142    GC Services Ltd. Partnership,   6339 Gulfton,   Houston, TX 77081
12125550    IL Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL  60664-0338
11637143    IL Dept. of Employment Security,   750 E. Madison Street,   Springfield, IL 62702-5603
11637144    IL Dept. of Revenue,   211 S. Wyman,   Rockford, IL 61101
12106646   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
              100 West Randolph Street  Level 7-425,   Chicago, Illinois  60601)
11637147   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   211 S. Court Street,   Rockford, IL 61101)
11637146   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn St.,
              Chicago, IL 60604)
12125546    Illinois Department of Employment Security,   750 E. Madison Street,   Springfield, IL 62702-5603
11637145    Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
12125552    Illinois Dept. of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicag, IL 60664-0338
11637148   +Jorson & Carlson,   PO Box 796,   Elk Grove Village, IL 60009-0796
11637149   +Midland Papers Unlimited,   1140 Paysphere Circle,   Chicago, IL 60674-0011
11637150   +NiCor Gas,   1844 W. Ferry Road,   Naperville, IL 60563-9600
11637151   +Office Depot,   Customer Service - CCS 922,   4740 121st Street,   Urbandale, IA 50323-2402
11637152   +One Communications,   313 Boston Post Rd West,   Marlborough, MA 01752-4612,
             attn:  Janice Ronan
11637153   +Robert Jensen,   133 S Chicago Ave,   Rockford, IL 61104-2436
11637154    Rock River Water Reclamation,   PO Box 6207,   Rockford, IL 61125-1207
11637156    The Oldham Group,   PO Box 5015,   Springfield, IL 62705-5015
12118532   +U.S. Bank, n.a. c/o William A. Reilly II,   6801 Spring Creek Road, Suite 2D,
             Rockford, IL 61114-7420
11637158   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   East State, IL Office,   PO Box 790179,
              Saint Louis, MO 63179-0179)
11637157    US Bank,   PO Box 790401,   Saint Louis, MO 63179-0401
12167538   +US Bank Corp/Retail Payment Solutions,   PO BOX 5229,   Cincinnati, Ohio 45201-5229
11637159   +Veolia Environmental,   8538 Highway 251 South,   Davis Junction, IL 61020-9706
11706106   +Veolia Environmental Services fka,   Onyx Waste Services Inc,   %RMS Bankruptcy Recovery Services,
             PO Box 5126,   Timonium, MD 21094-5126
11637160    Wells Fargo,   MACS 4101-29746,   PO Box 29746,   Phoenix, AZ 85038-9746
11722700   +Wells Fargo Bank NA,   BDD-Bankruptcy Dept,   PO Box 53476,   Phoenix, AZ 85072-3476
11637161   +Wells Fargo Business Platinum,   PO Box 348750,   Sacramento, CA 95834-8750
The following entities were served by electronic transmission on Nov 07, 2008.
12585696   +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:17      Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11637141   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
              Commonwealth Edison Co,   2100 Swift Drive,   Attn: Bkrptcy Section/Rev Mgmt,
              Oak Brook, IL 60523-1559
12585697    E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:23
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12132178   +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:26
              Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB BRC,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11637155    E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2008 04:20:44      Sam's Club,   PO Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Nov 06, 2008
Case: 07-72324                Form ID: pdf002         Total Served: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                           **Signature:**    _Joseph Speetjens_